IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00074-RPM-MJW

GARY HALLIBURTON,

Plaintiff(s),

v.

UNITED COLLECTION BUREAU, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Vacate Settlement Conference (docket no. 16) is DENIED.  I do not find good cause to continue the settlement conference on May 19, 2011, at 3:00 p.m.  Instead, I find that a settlement conference is necessary in the interest of judicial economy and noting that it appears to this court that the only issue remaining concerns attorney fees and costs.

Date:  May 4, 2011