IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00074-RPM-MJW

GARY HALLIBURTON,

Plaintiff(s),

v.

UNITED COLLECTION BUREAU, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Extend the Discovery Cut-Off and Dispositive Motion Deadlines (docket no. 21) is GRANTED finding good cause shown. The discovery cut-off is extended to September 30, 2011. The deadline to file dispositive motions is extended to October 21, 2011. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date:   July 20, 2011