IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00074-RPM-MJW

GARY HALLIBURTON,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
_____

On April 11, 2011, the defendant filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(1), asserting that it served an offer of judgment pursuant to Rule 68 on January 28, 2011, offering to admit the entry of judgment in the amount of $1,001.00 plus reasonable costs and attorney's approved to the date of the offer.  The plaintiff filed his response on April 28, 2011, and on August 2, 2011, United States Magistrate Judge Michael J. Watanabe filed a recommendation to deny the motion to dismiss.  The defendant filed an objection on August 15, 2011, to which the plaintiff responded on August 29, 2011.  The recommendation of Magistrate Judge Watanabe is accepted for the reasons stated by him.  Additionally, the offer is incomplete because it did not make a specific offer with respect to the amount of attorney's fees to be recovered and because the offer was withdrawn by its own terms upon the failure of the plaintiff to accept it as provided in Fed.R.Civ.P. 68(b).  Accordingly, it is

ORDERED that the defendant's motion to dismiss is denied.

DATED: August 30th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge