IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00074-RPM-MJW

GARY HALLIBURTON,

Plaintiff(s),

v.

UNITED COLLECTION BUREAU, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Compel Discovery Responses Pursuant to Fed. R. Civ. P. 37(docket no. 34) is DENIED for those reasons as outlined in Judge Arguello's Order (docket no. 36-1) attached to the Response which this court incorporates by reference. .

Date:   September 27, 2011