IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00074-RPM-MJW

GARY HALLIBURTON,

     Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

     Defendant.

_____

ORDER FOR SUPPLEMENTAL PRETRIAL CONFERENCE
_____

     Upon review of the pretrial order, entered by Magistrate Judge Watanabe today and agreed to by counsel, the order is not a satisfactory basis for proceeding to trial and a supplemental pretrial conference will be required. The entered Final Pretrial Order is sufficient to form a basis for discussion at this supplemental pretrial conference, so a new proposed final pretrial order will not be required to be submitted before the conference. It is

     ORDERED that the supplemental pretrial conference will be convened at a time to be set after consultation with counsel.

     DATED: November 1st, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge