IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00074-RPM-MJW

GARY HALLIBURTON,

     Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,
an Ohio corporation,

     Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the supplemental pretrial conference held December 19, 2011, it is

ORDERED that this matter is set for trial to jury on **February 21, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**.

Dated: December 20th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge